United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SANDRA FLORES, Individually and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 4:23-CV-01858** |
| **VS.** | § § | |
| **SEAFORD BAGELS, INC.** | § § | |
| **Defendant.** | § § § § | |

## ORDER OF DISMISSAL

On August 14, 2023, Parties filed a joint stipulation of dismissal. Pursuant to the Stipulation, and Rule 41(a), claims by Plaintiff individually against Defendant are **DISMISSED WITH PREJUDICE** and all claims of the putative class are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on 16th day of August, 2023.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE